**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASPER CROOK,<br><br>  Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et. al.,<br><br>  Defendants. | NO. EDCV 19-1935-JVS (AS)<br><br>**ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE<br>JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, issued on January 14, 2020. See Docket No. 12.

On January 28, 2020, Plaintiff filed Objections to the Report and Recommendation (Docket No. 13). After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Plaintiff's Objections to the Report and Recommendation do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and

recommendations. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 3, 2020.

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE