**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASPER CROOK, | ) | NO. EDCV 19-1935-JVS (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 3, 2020.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE